UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-283-FDW

| | |
|---|---|
| JAMES A. MINYARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ERIK A. HOOKS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* "Motion for Discovery," (Doc. No. 46).

As Plaintiff has been previously instructed, (Doc. No. 45), he must address his requests to the appropriate party or parties. See LCvR 26.2 ("The parties shall not file any initial disclosures, designations of expert witnesses and their reports, discovery requests or responses thereto, deposition transcripts, or other discovery material unless: (1) directed to do so by the Court; (2) such materials are necessary for use in an in-court proceeding; or (3) such materials are filed in support of, or in opposition to, a motion or petition."); (Doc. No. 42) (Pretrial Order and Case Management Plan).

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's "Motion for Discovery," (Doc. No. 46), is is **DENIED**.

(2) Plaintiff is instructed to direct his discovery requests to the appropriate party or parties in accordance with the applicable procedural rules and Pretrial Order and Case Management Plan.

1

Signed: November 5, 2018

Frank D. Whitney
Chief United States District Judge